IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR GUZMAN ALVAREZ,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent.<br>_____/ | 1:08-cv-1938 AWI-WMW (HC)<br><br>ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(DOCUMENT #14) |

　On April 3, 2009, Respondent filed a motion to extend time to file pleadings in response to Petitioner's petition for habeas corpus. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　Respondent's responsive pleading to Petitioner's Petition for Writ of Habeas Corpus must be filed on or before May 6, 2009.

IT IS SO ORDERED.

**Dated:　April 16, 2009**　　　　　　　　　　/s/  William M. Wunderlich
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE